LOUIS GERTZ, Respondent, v. FANNY ZAGALSKY, Appellant, and Another.— Judgment modified by reducing the amount of interest to $459.91, and as so modified affirmed, with costs. Van Kirk, Acting P. J., Hinman, McCann, Davis

and Whitmyer, JJ., concur. Finding of fact numbered 15 is modified by reducing the amount of interest to $459.91.